No. 11–11147.  LEDBETTER *v.* CHUCK'S RENTALS, INC.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 11–11148.  LEE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–11150.  CLUTTER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–11151.  SMITH *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–11152.  WRIGHT *v.* MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 11–11153.  SOULEMAN *v.* HOLDER, ATTORNEY GENERAL.  C. A. 3d Cir.  Certiorari denied.

No. 11–11154.  COLO'N *v.* DOWNS.  C. A. 7th Cir.  Certiorari denied.

No. 11–11156.  BURGESS *v.* BERGH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–11157.  BAHENA *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 11–11158.  ALTES *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 11–11159.  McCOY *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 11–11160.  SHEPPARD *v.* HOLDER, ATTORNEY GENERAL, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–2.  GOVERNMENT OF BELIZE *v.* BELIZE SOCIAL DEVELOPMENT LTD.  C. A. D. C. Cir.  Certiorari denied.

No. 12–5.  WELDON ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES.  Super. Ct. Fulton County, Ga.  Certiorari denied.